**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

GLORIA IVELISSE HOFFMAN
ANDUJAR,

    Plaintiff,

v.             Case No:  6:15-cv-589-Orl-40DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## ORDER

  This cause is before the Court on the Unopposed Motion for Attorney Fees (Doc. 20) filed on June 13, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

  After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

  Therefore, it is **ORDERED** as follows:

  1.  The Report and Recommendation filed July 8, 2016 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2.  The Unopposed Motion for Attorney Fees (Doc. 20) is **GRANTED in part**.

  3.  Plaintiff is **AWARDED** fees of **$3,558.04**.

  4.  The Clerk is **DIRECTED** to enter judgment pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412(d).

**DONE AND ORDERED** in Orlando, Florida on July 27, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties